UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| AVA G. WILLIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 4:15-CV-193-RN |
| NANCY A. BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Willis's Motion for Judgment on the Pleadings, DENIES Berryhill's Motion for Judgment on the Pleadings, and REMANDS this matter to the Commissioner for further consideration.**

This Judgment Filed and Entered on March 14, 2017 with service on:
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
David M. Mansfield (via CM/ECF Notice of Electronic Filing)

Date: March 14, 2017

PETER A. MOORE, JR., CLERK

Lauren Herrmann, Deputy Clerk